UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Stewart Levine,

    Plaintiff,

vs.

Abe Ross Levine and Social,
Security Administration,

    Defendants.

ORDER
Civ. No. 20-2130 (MJD/BRT)

    Plaintiff, *pro se*.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Becky R. Thorson dated November 12, 2020. (Doc. No. 4). No objections have been filed within the time allowed.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

    **IT IS ORDERED**:

    1.    The Report and Recommendation dated November 12, 2020 (Doc. No. 4) is **ADOPTED**;

2. Plaintiff Stewart Levine's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

3. Plaintiff Stewart Levine's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2) is **DENIED** as moot; and

4. Plaintiff Stewart Levine's filing seeking an "expedited hearing" (Doc. No. 3) **is DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED:  December 11, 2020                s/ Michael J. Davis
                                          Michael J. Davis
                                          United States District Court